```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 23102
    WILLIE D DIGGS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3526


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/10/2007 and was not confirmed.

    The case was dismissed without confirmation 02/04/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE    UNSECURED       NOT FILED            .00            .00
CHARTER ONE               UNSECURED       NOT FILED            .00            .00
CMNTYPRP MNG              UNSECURED       NOT FILED            .00            .00
CONSUMER PORTFOLIO SERVI  UNSECURED       NOT FILED            .00            .00
CREDIT PROTECTION ASSOCI  UNSECURED       NOT FILED            .00            .00
CRED PROTECTION ASSOCIAT  UNSECURED       NOT FILED            .00            .00
FRANKS ADJUSTMENT BURE    UNSECURED       NOT FILED            .00            .00
GMAC                      UNSECURED         5721.84            .00            .00
GMAC                      UNSECURED       NOT FILED            .00            .00
GMAC                      UNSECURED       NOT FILED            .00            .00
BUSCHBACK INSURANCE AGEN  UNSECURED       NOT FILED            .00            .00
LITON MTG SV              UNSECURED       NOT FILED            .00            .00
LITTON LOAN SERVICING     UNSECURED       NOT FILED            .00            .00
LITTON LOAN SERVICING     UNSECURED       NOT FILED            .00            .00
PEOPLES NATURAL GAS       UNSECURED       NOT FILED            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
OCWEN FEDERAL BANK        UNSECURED       NOT FILED            .00            .00
OPTION ONE MORTGAGE CO    UNSECURED       NOT FILED            .00            .00
OPTION ONE MORTGAGE CO    UNSECURED       NOT FILED            .00            .00
PROVIDENT CFS             UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          568.68            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          215.16            .00            .00
SELECT PORTFOLIO SERVICI  UNSECURED       NOT FILED            .00            .00
ST PAUL FEDERAL           UNSECURED       NOT FILED            .00            .00
WISCONSIN ELECTRIC POWER  UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED         1308.60            .00            .00
CITY OF CHICAGO DEPT OF   NOTICE ONLY    NOT FILED             .00            .00
COOK COUNTY TREASURER     SECURED           4410.22            .00            .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG        .00             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23102 WILLIE D DIGGS
```

```
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE   25388.97              .00              .00
US BANK NA                CURRENT MORTG        .00              .00              .00
US BANK NA                MORTGAGE ARRE   17167.20              .00              .00
COOK COUNTY TREASURER     SECURED              .00              .00              .00
GLENDA J GRAY             DEBTOR ATTY     2,500.00                               .00
TOM VAUGHN                TRUSTEE                                                .00
DEBTOR REFUND             REFUND                                                 .00

         Summary of Receipts and Disbursements:
  ------------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
  ------------------------------------------------------------------------------
 TRUSTEE                              .00

 PRIORITY                                            .00
 SECURED                                             .00
 UNSECURED                                           .00
 ADMINISTRATIVE                                      .00
 TRUSTEE COMPENSATION                                .00
 DEBTOR REFUND                                       .00
                           ---------------  ---------------
 TOTALS                              .00              .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 05/23/08                /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE